IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHRISTOPHER LEE WILLIAMS, | § | |
| #1276769 | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 3:14-CV-0005-K |
| | § | |
| WILLIAMS STEPHENS, Director | § | |
| TDCJ-CID, | § | |
| Respondent. | § | |

ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate.

IT IS THEREFORE ORDERED that that the petition for writ of habeas corpus is summarily **DISMISSED** with prejudice as barred by the one-year statute of limitations.

SO ORDERED

Signed March 26th, 2014.

_Ed Kinkeade_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE